**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  15-cv-1038-JLK

WALMARC PARTNERS CORPORATION
d/b/a Wilkie Sanderson,

      Plaintiff,

v.

FRY REGLET CORPORATION,

      Defendant.

---

**ORDER**

---

Upon the parties' Stipulated Dismissal of All Claims and Counterclaims with Prejudice (Doc. 39), the Court, being fully advised in the premises, hereby Finds and Orders as follows:

The Stipulated Dismissal (Doc. 39) is GRANTED.  The parties have reached an out-of-court resolution in this case.  Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Court dismisses this case with prejudice, each party to bear its own costs and attorney fees.

DATED this 10th day of September, 2015.

                                              BY THE COURT:

                                              *s/ John L. Kane*
                                              SENIOR U.S. DISTRICT COURT JUDGE